# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1135. GERARD PARKS v. WELLS FARGO BANK.**

On December 15, 2020, the trial court granted summary judgment to Wells Fargo Bank in an action filed by Gerard Parks on the ground that the lawsuit was barred by the statute of limitations. Parks filed a notice of appeal on February 17, 2021, and Wells Fargo Bank has filed a motion to dismiss the appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997); see *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Parks filed his notice of appeal 64 days after the trial court entered the order he wishes to appeal.

Accordingly, Wells Fargo Bank's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* <u>04/12/2021</u>
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

  *Stephen E. Castlen*       *, Clerk.*